# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 15-8090 JEM** | Date | **January 31, 2017** |
|---|---|---|---|

| Title | **ESTATE OF LEE ARTHUR BROWN v ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY et al** |
|---|---|

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER RE STIPULATION TO DISMISS ENTIRE ACTION (Docket No. 36)

The Court is in receipt of the parties' Stipulation to Dismiss Entire Action with Prejudice, filed January 30, 2017. The case is dismissed with prejudice pursuant to said Stipulation.

_____ : _____

Initials of Preparer    sa